No. 557. SHERWOOD S. MATTOCKS *v.* GREAT LAKES TOWING COMPANY. October 25, 1920. Petition for a

writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edward Maher* and *Mr. Charles S. Thornton* for petitioner. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry* and *Mr. Ralph F. Potter* for respondent.